|   |   |
|---|---|
| 1 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | LAWRENCE BORYS (SBN 60625) |
| 2 | TIMOTHY J. LEPORE (SBN 294247) |
|   | 445 South Figueroa Street, Suite 3000 |
| 3 | Los Angeles, CA  90071-1619 |
|   | Telephone:    (213) 312-2000 |
| 4 | Facsimile:     (213) 312-2001 |
|   | Email:           lawrence.borys@rmkb.com |
| 5 | stacy.tucker@rmkb.com |
|   | timothy.lepore@rmkb.com |
| 6 |   |
| 7 | Attorneys for Defendant |
|   | PRE-EMPLOY.COM, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARC MARCHIOLI, | **CASE NO.  2:16-cv-01115-MCE-AC** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SECOND EXTENSION FOR DEFENDANT PRE-EMPLOY.COM, INC. TO RESPOND TO PLAINTIFF'S (PUTATIVE) CLASS ACTION COMPLAINT** |
| v. |  |
| PRE-EMPLOY.COM, INC., EISENHOWER MEDICAL CENTER, and DOES 1 THROUGH 10, |  |
|  | Complaint Filed: May 23, 2016 |
| Defendants. |  |

Pursuant to Local Rule 144(a), Plaintiff Marc Marchioli ("Plaintiff") and Defendant Pre-employ.com, Inc., by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On May 23, 2016, Plaintiff filed his putative Class-Action Complaint in the United States District Court, Eastern District of California.

2. On May 24, 2016, this Court issued Summons for Pre-employ.com, Inc., directing Pre-employ.com, Inc. to answer Plaintiff's putative Class-Action Complaint within 21 days after service of the Summons.

3. On June 7, 2016, Plaintiff personally served the Summons and the putative Class Action Complaint on Pre-employ.com, Inc.'s agent for service of process. As a result, according

1 to Rule 12 of the Federal Rules of Civil Procedure, Pre-employ.com, Inc.'s last day to respond to Plaintiff's Class Action Complaint was June 28, 2016.

3. 5. On June 23, 2016, pursuant to Local Rule 144(a), Plaintiff and Pre-employ.com, Inc. stipulated to Pre-employ.com, Inc.'s first request for a 28-day extension to respond to Plaintiff's putative Class Action Complaint, causing Defendant Pre-employ.com, Inc.'s response to Plaintiff's putative Class Action Complaint to become due by July 26, 2016.

6. On July 20, 2016, Plaintiff and Pre-employ.com, Inc. met and conferred telephonically to determine whether the parties could resolve certain concerns and issues Pre-employ.com raised regarding Plaintiff's putative Class Action Complaint. To allow time to further discuss these issues, Plaintiff and Pre-employ.com, Inc. stipulated to Pre-employ.com, Inc.'s second request for a 21-day extension to respond to Plaintiff's Class Action Complaint.

8. Thus, Plaintiff and Pre-employ.com Inc. hereby stipulate and respectfully request this Court to enter an Order granting Pre-employ.com an extension to August 16, 2016 to file and serve a responsive pleading or motion to Plaintiff's putative Class Action Complaint.

9. In entering into this Stipulation, Pre-employ.com, Inc. reserves the right to file and serve any responsive pleading it deems appropriate on or before August 16, 2016.

**IT IS SO STIPULATED**:

Dated: July 21, 2016                                ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Lawrence Borys*
LAWRENCE BORYS
TIMOTHY J. LEPORE
Attorneys for Defendant
PRE-EMPLOY.COM, INC.

Dated: July 21, 2016                                MARKUN ZUSMAN FRENIERE & COMPTON LLP


By: */s/ Kevin K. Eng.* (as authorized on 7/21/16)
KEVIN K. ENG
Attorneys for Plaintiff
MARC MARCHIOLI

4844-9529-0421.2                - 2 -                **STIPULATION AND ORDER TO SECOND EXTENSION TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

**ORDER**

IT IS HEREBY ORDERED, having found good cause, that Pre-employ.com, Inc.'s deadline to file a responsive pleading or motion to Plaintiff Marc Marchioli's putative Class Action Complaint is August 16, 2016.

IT IS SO ORDERED.

Dated:  July 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE