Anna M. Rossi, State Bar No. 106229
Duncan MacDonald, State Bar No. 148684
ROSSI & MACDONALD
A Professional Corporation
369 Pine Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 956-7777
Facsimile:   (844) 287-8360

Edward S. Zusman, State Bar Number 154366
Kevin K. Eng, State Bar Number 209036
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, Suite 401
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Representative Plaintiff
and the Plaintiff Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC MARCHIOLI,<br><br>    Plaintiff,<br><br>  v.<br><br>PRE-EMPLOY.COM, INC,<br>EISENHOWER MEDICAL CENTER,<br>and DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 5:16-cv-02305-JGB-DTB<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE<br><br>Date:       N/A<br>Time:       N/A<br>Courtroom: 1<br>Judge:      Hon. Jesus G. Bernal |

///

///

///

///

///

///

///

///

TO THE HONORABLE COURT:

Plaintiff Marc Marchioli hereby gives notice that the parties in this action have reached a settlement in principle. The parties are working on drafting their formal settlement agreement to memorialize the terms of the agreement. The parties will promptly notify the Court when the settlement agreement is finalized, and take all steps necessary to conclude this action.

Dated: August 18, 2017

ROSSI & MacDONALD
A PROFESSIONAL CORPORATION

By:  /s/ Duncan MacDonald
    Duncan MacDonald
    Anna M. Rossi

Date: August 18, 2017

MARKUN ZUSMAN FRENIERE & COMPTON LLP

By:  /s/ Kevin K. Eng
    EDWARD S. ZUSMAN
    KEVIN K. ENG

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that I filed a copy of the foregoing PLAINTIFF'S **NOTICE OF SETTLEMENT IN PRINCIPLE** via the Court's CM/ECF system on August 18, 2017, which will automatically serve a copy on counsel for the defendants.

Dated: August 18, 2017                             /s/ Kevin K. Eng

                                                   _____
                                                   Kevin K. Eng