Anna M. Rossi, Cal. State Bar No. 106229
Duncan MacDonald, Cal. State Bar No. 148684
ROSSI & MACDONALD, APC
A PROFESSIONAL CORPORATION
65 Rossi Avenue
San Francisco, CA 94118
Telephone: (415) 956-7777
Facsimile: (844) 287-8360

Attorneys for Plaintiff Marc Marchioli

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC MARCHIOLI,<br><br>Plaintiff,<br><br>v.<br><br>PRE-EMPLOY.COM, INC, EISENHOWER MEDICAL CENTER, and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 5:16-cv-02305-JGB-DTB<br><br>ORDER OF DISMISSAL<br><br>Date:         N/A<br>Time:        N/A<br>Courtroom: 1<br>Judge:       Hon. Jesus G. Bernal |

The parties have informed the Court that they have reached a settlement. (See Dkt. 101.) On December 14, 2017, the parties submitted a Stipulation of Dismissal (Dkt. 114.) Having found good cause this Court hereby orders that the above-captioned action be, and hereby is, dismissed, with prejudice as to the undersigned parties, pursuant to the parties' Settlement Agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Pursuant to the parties' settlement, no costs or attorneys' fees shall be awarded to any party.

IT IS SO ORDERED.

Dated: December 18, 2017

_____
Hon. Jesus G. Bernal